IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

A. WAYNE SCOTT and          )
MARLENE L. SCOTT,           )
                            )
          Plaintiffs,       )          TC-MD 150214N
                            )
     v.                     )
                            )
CLACKAMAS COUNTY ASSESSOR,   )
                            )
          Defendant.        )          **FINAL DECISION OF DISMISSAL**

This Final Decision of Dismissal incorporates without change the court's Decision of

Dismissal entered on June 15, 2015. The court did not receive a request for an award of costs

and disbursements within 14 days after its Decision of Dismissal was entered. See TCR-MD 16.

This matter is before the court on its own motion to dismiss this case for lack of

prosecution.

A case management conference was scheduled at 9:30 a.m. on May 26, 2015, to consider

Plaintiffs' appeal. On May 11, 2015, the court sent notice of the scheduled case management

conference to Plaintiffs' authorized representative, Thomas Scott, at the email address he

provided to the court. The court's notice was not returned as undeliverable. That notice advised

that if Plaintiffs' representative did not appear, the court might dismiss the appeal.

Plaintiffs' representative failed to appear for the scheduled case management conference.

On May 26, 2015, the court sent Plaintiffs' representative a letter that explained the importance

of diligently pursuing an appeal. That letter was not returned as undeliverable. The court's letter

advised that if Plaintiffs' representative did not provide a written explanation by June 9, 2015,

for his failure to appear, the court would dismiss the appeal. As of this date, Plaintiffs'

representative has not submitted a written response to the court's letter explaining his failure to

appear. Under such circumstances, the court finds the appeal must be dismissed for lack of prosecution. Now, therefore,

IT IS THE DECISION OF THIS COURT that the Complaint is dismissed.

Dated this ____ day of July 2015.


_____
ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed. TCR-MD 19 B.*

*This document was filed and entered on July 2, 2015.*